Form B 2100A(Form 210A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

Case No.: 14-25287-TJC

Chapter: 13

ROSIE JAMYTA REED

    Debtor

---

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | Federal National Mortgage Association ("Fannie Mae") , creditor c/o Seterus |
|---|---|
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Selene Finance, LP
Attention: Customer Service Department
P.O. Box 422039
Houston, TX 77242-4219

Phone: (877) 735-3637
Last Four Digits of Acct #: XXXXXX5578

Court Claim # 11
Amount of Claim: $ 426,388.13
Date Claim Filed: 05/29/2015

Last Four Digits of Acct #: XXXXXX0432

Name and Address where transferee payments should be sent (if different from above):

Selene Finance, LP
Attention: Cashiering Department
P.O. Box 71243
Philadelphia, PA 19176-6243

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By:   */s/ Daniel O. Callaghan*   Dated: March 12, 2018
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

BWW#: MD-316274